# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**U.S. v. Eric Corbin, Crim. No. 15-00323**

## PETITION FOR
## WRIT OF HABEAS CORPUS

1. ERIC CORBIN, DOB: 11/1/1977, SBI#: 251915C, is now confined to Essex County Correctional Facility in Newark, New Jersey.

2. ERIC CORBIN, DOB: 11/1/1977, SBI#: 251915C will be required at the United States District Court in **Newark, New Jersey** for an initial appearance and arraignment before **Honorable William J. Martini**, U.S. District Judge, in the above-captioned case.   A Writ of Habeas Corpus should be issued for that purpose.

DATED:  June 30, 2015
        Newark, NJ

_____
Sean Farrell, Special Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED:

_____
Hon. William J. Martini, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of Essex County Correctional Facility
WE COMMAND YOU that you have the body of

ERIC CORBIN, DOB: 11/1/1977, SBI#: 251915C

now confined at the Essex County Correctional Facility, brought to the United States District Court, on Tuesday, July 7, 2015, at 9:45 a.m., for an initial appearance and arraignment before Honorable William J. Martini.

WITNESS the Hon. William J. Martini
United States District Judge
Newark, New Jersey

DATED: 6/30/15

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per _____
                    Deputy Clerk